NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CAMBRIDGE EDUCATIONAL CENTER, INC. d/b/a C2 EDUCATION CENTERS, INC. | Civil Action No. 11-7140 (ES) |
| Plaintiff, | **ORDER** |
| v. |  |
| SON HWA YI a/k/a SONIA YI, and UNITED YOUNG ARTIST FOUNDATION, INC. |  |
| Defendants. |  |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

IT IS on this 27th day of September 2012,

ORDERED that Plaintiff's motion for default judgment against Defendant United Young Artist Foundation, Inc. ("UYAF") is DENIED; and it is further

ORDERED that Plaintiff's motion for entry of default against Defendant Son Hwa Yi ("Yi") is DENIED; and it is further

ORDERED that UYAF's motion to vacate default is GRANTED; and it is further

ORDERED that UYAF and Yi's motion to file an answer out of time is GRANTED; and it is further

ORDERED that Yi's Proposed Answer is deemed validly filed as of the date of the corresponding Opinion and Order; and it is further

ORDERED that UYAF has 14 days from receipt of the corresponding Opinion and Order to file an answer or otherwise respond to Plaintiff's complaint; and it is further

ORDERED that the Clerk of Court shall terminate the motions at Docket Entry Numbers 7 and 16.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
